FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0419

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 20-0419

_____

SOMERS PROPERTY, LLC.,
*Petitioners/Appellant,*

v.

SOMERS COUNTY WATER AND/OR SDEWER DISTRICT
*Respondent/Appellee,*

_____

On Appeal from the Montana First Judicial District Court, Flathead County
Honorable Heidi Ulbricht, Presiding
Cause No. DDV-2019-738C

_____

## ORDER DISMISSING APPEAL

_____

Based upon Petitioner/Appellant's Unopposed Motion to Dismiss Appeal and good cause appearing;

It is HEREBY ORDERED that the Appeal is dismissed.

Electronically signed and dated below.

**ORDER DISMISSING APPEAL**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2021